In the Matter of the Estate of HENRY C. PIERCE, Deceased.

CLAY A. PIERCE, Individually and as Administrator of HENRY C. PIERCE, Deceased, Appellant and Respondent; STATE TAX COMMISSION, Respondent and Appellant.

(Submitted January 11, 1933; decided January 27, 1933.)

*James R. Deering* and *James J. Dunn* for Clay A. Pierce, appellant and respondent.

*Jacob Manicoff* and *Thomas P. McLaughlin* for State Tax Commission, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.